No. 77–1751. LACEY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–1752. RAUCH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–1753. SLIDELL FORD TRACTOR, INC. *v.* FORD MOTOR CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–1754. WILDLIFE PRESERVES, INC. *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 77–1755. MERCER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 77–1757. HEATH TEC DIVISION/SAN FRANCISCO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 77–1759. M. J. KELLY CO. ET AL. *v.* CIPRA, INC. C. A. 10th Cir. Certiorari denied.

No. 77–1760. DILLON MATERIALS HANDLING, INC. *v.* ALBION INDUSTRIES, A DIVISION OF KING-SEELEY THERMOS CO. C. A. 5th Cir. Certiorari denied.

No. 77–1762. THOMPSON *v.* SHAW ET AL. C. A. 6th Cir. Certiorari denied.

No. 77–1763. SUTTON ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–1766. LINCOLN ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.